ELIZABETH CAMPBELL, as Executrix of CHARLES HOFFERBERTH, Deceased, Respondent, *v.* POLAND SPRING COMPANY, Appellant.

*Landlord and tenant — action for rent — defense of failure to make alterations and repairs.*

*Campbell* v. *Poland Spring Co.,* 196 App. Div. 331, affirmed.
(Argued January 24, 1922; decided February 28, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered May 11, 1921, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived. The action was to recover rent. The defense was that the landlord failed to make certain alterations and repairs as agreed.

*Frank Parker Ufford* for appellant.

*Bertram L. Kraus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.